# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

ANDRE BRUNDAGE,

    Plaintiff,

v.                                         1:19-cv-00434-MJT

SCOTT & ASSOCIATES, P.C.,

    Defendants.

## PROPOSED SCHEDULING ORDER

Pursuant to Court's Order Setting Civil Action for Rule 16 Management Conference (Dkt. 7), the Parties submit the following Proposed Order:

| Date | Event |
|---|---|
| January 16, 2020 | Deadline for Motion to Transfer. |
| February 20, 2020 | Deadline to add parties. |
| March 26, 2020 | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2). |
| April 9, 2020 | Deadline for Plaintiff to file amended pleadings. |
| April 30, 2020 | Defendant's disclosure of expert testimony pursuant to Def. R. Civ. P.26(a)(2). Deadline for Defendant to file amended pleadings. |
| May 14, 2020 | Deadline for Defendant to object to Plaintiff's expert witness. |
| June 18, 2020 | Deadline to Plaintiff to object to Defendant's expert witness. |
| June 25, 2020 | Deadline for parties to file any Dispositive Motion(s). |
| July 23, 2020 | Deadline for parties to complete discovery. |
| July 30, 2020 | Notice of Intent to Certify Records Due. |
| July 30, 2020 | Video Disposition Designation Due. |
| September 10, 2020 | Motions in limine due. |

October 1, 2020  Final Pretrial Conference

October 5, 2020  Jury Selection

Dated: December 17, 2019

| | |
|---|---|
| s/ Nathan Volheim<br>Nathan C. Volheim, #6302103<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Ave., Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 568-3056<br>Facsimile: (630) 575-8188<br>Email: nvolheim@sulaimanlaw.com<br>*Attorney for Plaintiff* | **MALONE FROST MARTIN PLLC**<br><br>*/s/* Robbie Malone<br>ROBBIE MALONE<br>Texas State Bar No. 12876450<br>Email: rmalone@mamlaw.com<br>EUGENE XERXES MARTIN, IV<br>Texas State Bar No. 24078928<br>Email: xmartin@mamlaw.com<br>JACOB MICHAEL BACH<br>Texas State Bar No. 24100919<br>Email: jbach@mamlaw.com<br>**MALONE FROST MARTIN PLLC**<br>Northpark Central, Suite 1850<br>8750 North Central Expressway<br>Dallas, Texas 75231<br>TEL: (214) 346-2630<br>FAX: (214) 346-2631<br><br>***COUNSEL FOR DEFENDANT*** |